Juan **RODRIGUEZ**, Petitioner–Appellant,

v.

Anthony **PADULA**, Warden Lee Correctional Institution, Respondent–Appellee.

No. 12–6392.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2012.

Decided: Sept. 28, 2012.

Jeremy A. Thompson, Law Office of Jeremy A. Thompson, LLC, Columbia, South Carolina, for Appellant. Melody Jane Brown, Assistant Attorney General, Donald John Zelenka, Deputy Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Vacated and remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Rodriguez seeks to appeal the district court's order adopting in part the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2254 (2006) petition.

The district court ruled that Rodriguez's claim under *Roe v. Flores–Ortega,* 528 U.S. 470, 120 S.Ct. 1029, 145 L.Ed.2d 985 (2000), was procedurally barred from federal habeas review and that "[a]ny alleged error by PCR counsel [was] insufficient to serve as cause to excuse [the] default as Petitioner does not have a constitutional right to PCR counsel." We grant a certificate of appealability on the issue of whether the district court erred in its procedural default rulings, vacate the rulings, and remand to the district court for reconsideration in light of *Martinez v. Ryan,* —— U.S. ——, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012). We grant leave to proceed in forma pauperis.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*VACATED AND REMANDED.*